# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DORIS VALINCIUS AND JOHN VALINCIUS, | : | No. 649 MAL 2015 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| BRUCE WEINER, M.D, ASSOCIATED SURGEONS, P.C., MONTGOMERY HOSPITAL AND MEDICAL CENTER, LINDA L. KURTZ, D.O. AND JOHN E. DEVENNY, M.D. , | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justices Eakin and Wecht did not participate in the decision of this matter.